Taylor Reeves, Esq.
(NV Bar No. 15987)
**SPENCER FANE LLP**
300 S. Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone: 702.408.3400
Facsimile: 702.938.8648
Email: treeves@spencerfane.com

*Attorneys for Garrison Property
and Casualty Insurance Company*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ASHLEY HOWLAND, individually, and on behalf of PENNY HOWLAND, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED SERVICES AUTOMOBILE ASSOCIATION; and ROE CORPORATIONS I-X,<br><br>Defendants. | Civil Action No. 2:25-cv-02078-GMN-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO FILE OPPOSTION TO PLAINTIFFS' MOTION FOR ORDER TO SHOW CAUSE, OR ALTERNATIVELY, SUMMARY JUDGMENT**<br><br>**[FIRST REQUEST]** |

Defendants Garrison Property and Casualty Insurance Company ("Garrison") improperly named as United Services Automobile Association, by and through their counsel Spencer Fane LLP and Plaintiffs Ashley Howland, individually and on behalf of Penny Howland, a minor ("Plaintiffs") by and through their counsel Angulo Law Group, LLC hereby stipulate and agree to extend time for Garrison to file it's opposition to Plaintiffs' Motion for Order to Show Cause, or Alternatively, Summary Judgment ("Motion") (ECF No. 18 and 19) from March 6, 2026 to March 13, 2026. This is the first stipulation to extend time for Garrison to file it's opposition to Plaintiffs' Motion.

This extension is made in good faith and not meant for purposes of delay. Garrison's counsel is balancing other filing deadlines and required additional time for the opposition.

Dated this 6th day of March, 2026.

**ANGULO LAW GROUP, LLC**

/s/ Joseph R. Smith
Peter M. Angulo, Esq.
(NV Bar No. 3672)
Joseph R. Smith, Esq.
(NV Bar No. 13961)
5545 S. Mountain Vista St., 2nd Floor
Las Vegas, NV 89120
*Attorneys for Plaintiffs*

Dated this 6th day of March, 2026.

**SPENCER FANE LLP**

/s/ Taylor Reeves
Taylor Reeves, Esq.
(NV Bar No. 15987)
300 S. Fourth Street, Suite 1600
Las Vegas, NV 89101
*Attorneys for Garrison Property and Casualty
Insurance Company*

## ORDER

**IT IS SO ORDERED.**

Dated this __9__ day of March, 2026.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

- 2 -

DE 9855020.1